UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY TOYS HOLDINGS, LLC,<br><br>*Plaintiff*<br><br>v.<br><br>BAODING MI XIAOMEI TRADING CO., LTD., DONGGUAN GAODENBAO TOYS CO., LTD., DONGGUAN JOY SUM TOYS MANUFACTURING CO.,LTD., DONGGUAN MITO TECHNOLOGY CO., LTD., DONGGUAN NANSEN PLUSH TOYS CO., LTD., DONGGUAN QINGYU ELECTRONIC TECHNOLOGY CO., LTD., DONGGUAN WOODFIELD BABY PRODUCTS COMPANY LIMITED, DONGGUAN YIKANG PLUSH TOYS CO., LTD., FOREIGNERS STORE, FOSHAN NALU APPAREL CO., LTD., GUANGDONG JINYANG CHILDREN'S PRODUCTS INDUSTRIAL CO., LTD., GUANGZHOU EPSILON IMPORT AND EXPORT CO., LTD., GUANGZHOU HAPPY ISLAND TOYS CO., LTD., HIGH HOPE INTERNATIONAL GROUP JIANGSU CHAMPION HOLDINGS LTD., HUNAN UYEAH INTERNATIONAL TRADE CO., LTD., JINHUA HAIRONG | **21-cv-6029 (LGS)**<br><br>**[PROPOSED]**<br>**UNSEALING ORDER** |

1

IMPORT AND EXPORT CO., LTD., LIANYUNGANG HONGWEN TOYS CO., LTD., LONG WAY WOODEN TOYS & CRAFTS CO., LTD., NANJING UNICO INTERNATIONAL TRADE CO., LTD., NANNING HUAHANG YIGOU E-COMMERCE CO., LTD., NANTONG OPERA IMP.& EXP. CO., LTD., NINGBO YIMA IMPORT AND EXPORT CO., LTD., PEACEFUL (GUANGZHOU) IMPORT AND EXPORT CO., LTD., QINGDAO AODING INDUSTRY AND TRADE CO.,LTD, QINGDAO HONGWUYUE INDUSTRY AND TRADE CO., LTD., QINGDAO QUNZE TOYS CO., LTD., QUANZHOU GUANGHE MINGLIANG TRADING CO., LTD., QUANZHOU HUAERFEIYA ELECTRONIC COMMERCE CO., LTD., SALVATORE STORE, SHANDONG PEACH TOWN TOYS & GIFTS CO., LTD., SHANGHAI KEDI TOYS CO., LTD., SHANGHAI NOVA INDUSTRIAL CO., LTD., SHANGHAI QIANJIU TRADING CO., LTD., SHENZHEN HUASHUNCHANG TOYS CO., LTD., SHENZHEN LEVIN PLUSH TOYS CO., LTD., SHENZHEN MINA TECHNOLOGY CO., LTD., SHIJIAZHUANG QUNZE TRANING CO., LTD., SUZHOU MYGREEN TEXTILES CO., LTD., THE ROAD TO HAPPINESS STORE, TOY ENCYCLOPEDIA STORE, VANCI STORE, YANCHENG LANYI INTERNATIONAL TRADING CO., LTD., YANCHENG TRUST TOYS CO., LTD., YANGZHOU CAISHENG HANDICRAFT PRODUCT CO., LTD., YANGZHOU DIXIN TOY STORE, YANGZHOU HAITONG TEXTILE PRODUCTS CO., LTD., YANGZHOU HOBBY IMPORT & EXPORT CO., LTD., YANGZHOU JIJIA TOYS CO., LTD., YANGZHOU LERDDY TOYS & GIFTS CO., LTD., YANGZHOU MARISA TOY GIFTS CO., LTD., YANGZHOU RONGJIANG LIANGPIN TOY CO., LTD., YANGZHOU TAY CHAIN IMPORT &

| |
|---|
| EXPORT CO., LTD, YANGZHOU YIJIANG PRODUCT TRADING CO., LTD., YANGZHOU YOUPU HOUSEHOLD PRODUCTS CO., LTD., YANGZHOU YUANJIA CRAFTS CO., LTD., YANGZHOU YURUI HOUSEHOLD PRODUCTS CO., LTD., YIWU GALORE ACCESSORIES CO., LTD., YIWU JIANYU E-COMMERCE FIRM, YIWU JINBIAO TEXTILE CO., LTD., YIWU LENORA TRADING CO., LTD., YIWU NIULUO TRADE FIRM, YIWU QUANFA IMPORT & EXPORT COMPANY LIMITED, YIWU YIZHOU TRADING CO., LTD. and YIWU ZHENGZHI QIN TRADING FIRM, |
| *Defendants* |

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this __5th__ day of __August__, 2021, at __12:53__ _p_.m.
New York, New York

                                                    **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**