UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KELLY TOYS HOLDINGS, LLC,

                      Plaintiff,

-against-

BAODING MI XIAOMI TRADING CO., LTD., et al.,

                      Defendants.
-------------------------------------------------------------X

21 Civ. 6029 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a Temporary Restraining Order was issued against Defendants on July 14, 2021.

    WHEREAS, a Preliminary Injunction Order was entered against Defendants on August 5, 2021. It is hereby

    **ORDERED** that Plaintiff shall file a status letter by **September 27, 2021**, advising the Court on the status of the action, including the status of service for all Defendants.

Dated: September 20, 2021
       New York, New York

                                          LORNA G. SCHOFIELD
                                      **UNITED STATES DISTRICT JUDGE**