UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
KELLY TOYS HOLDINGS, LLC,                                     :
                                          Plaintiff,          :
                                                              :       21 Civ. 6029 (LGS)
                 -against-                                    :
                                                              :              ORDER
BAODING MI XIAOMI TRADING CO., LTD., et                       :
al.,                                                          :
                                         Defendants.          X
-------------------------------------------------------------
LORNA G. SCHOFIELD, District Judge:

    WHEREAS, Plaintiff filed a proposed default judgment order on October 11, 2021, which included a glossary of Defaulting Defendants (Dkt. No. 33).

    WHEREAS, a number of defendants have been voluntarily dismissed from this action. It is hereby

    **ORDERED** that by **November 24, 2021**, Plaintiff shall file a new proposed default judgment order that reflects any changes in light of the voluntary dismissals.

Dated: November 18, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**