UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
KELLY TOYS HOLDINGS, LLC,  :
                  Plaintiff,  :
        -against-  :      21 Civ. 6029 (LGS)
    :
BAODING MI XIAOMEI TRADING CO., LTD.,  :      ORDER
et al.,  :
    :
                  Defendants.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on July 18, 2022, Magistrate Judge Cave issued a Report and Recommendation;

    WHEREAS, Plaintiff has not filed proof of service of the report on the docket. It is hereby

    **ORDERED** that Plaintiff shall promptly serve a copy of the Report and Recommendation on the Defaulting Defendants. It is further

    **ORDERED** that Plaintiff shall file proof of such service on the docket by **September 12, 2022**.

Dated: August 30, 2022
       New York, New York

                                      LORNA G. SCHOFIELD
                                  UNITED STATES DISTRICT JUDGE