UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
KELLY TOYS HOLDINGS, LLC,                                   :
                              Plaintiff,                    :
             -against-                                      :     21 Civ. 6029 (LGS)
                                                            :
BAODING MI XIAOMEI TRADING CO., LTD.,                       :     ORDER
et al.,                                                     :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, by the Final Default Judgment and Permanent Injunction Order dated December 3, 2021, Plaintiff was granted judgment against the Defaulting Defendants (Dkt. No. 52),[1] and on December 3, 2021, Plaintiff's request for damages was referred to Magistrate Judge Sarah L. Cave for a post-default judgment inquest (Dkt. No. 54);

---

[1] The Final Default Judgment and Permanent Injunction Order defines the Defaulting Defendants as Baoding Mi Xiaomei Trading Co., Ltd., Dongguan Gaodenbao Toys Co., Ltd., Dongguan Joy Sum Toys Manufacturing Co., Ltd., Dongguan Mito Technology Co., Ltd., Dongguan Nansen Plush Toys Co., Ltd., Dongguan Qingyu Electronic Technology Co., Ltd., Dongguan Woodfield Baby Products Company Limited, Dongguan Yikang Plush Toys Co., Ltd., Foreigners Store, Foshan Nalu Apparel Co., Ltd., Guangzhou Epsilon Import And Export Co., Ltd., Guangzhou Happy Island Toys Co., Ltd., Hunan Uyeah International Trade Co., Ltd., Jinhua Hairong Import And Export Co., Ltd., Long Way Wooden Toys & Crafts Co., Ltd., Nanjing Unico International Trade Co., Ltd., Nantong Opera Imp.& Exp. Co., Ltd., Ningbo Yima Import And Export Co., Ltd., Peaceful (guangzhou) Import And Export Co., Ltd., Qingdao Qunze Toys Co., Ltd., Quanzhou Guanghe Mingliang Trading Co., Ltd., Quanzhou Huaerfeiya Electronic Commerce Co., Ltd., Salvatore Store, Shandong Peach Town Toys & Gifts Co., Ltd., Shanghai Kedi Toys Co., Ltd., Shanghai Nova Industrial Co., Ltd., Shenzhen Mina Technology Co., Ltd., Shijiazhuang Qunze Traning Co., Ltd., Suzhou Mygreen Textiles Co., Ltd., The road to happiness Store, Toy Encyclopedia Store, Vanci Store, Yancheng Lanyi International Trading Co., Ltd., Yangzhou Caisheng Handicraft Product Co., Ltd., YANGZHOU DIXIN TOY Store, Yangzhou Haitong Textile Products Co., Ltd., Yangzhou Hobby Import & Export Co., Ltd., Yangzhou Jijia Toys Co., Ltd., Yangzhou Lerddy Toys & Gifts Co., Ltd., Yangzhou Marisa Toy Gifts Co., Ltd., Yangzhou Rongjiang Liangpin Toy Co., Ltd., Yangzhou Tay Chain Import & Export Co., Ltd, Yangzhou Yijiang iv Product Trading Co., Ltd., Yangzhou Youpu Household Products Co., Ltd., Yangzhou Yurui Household Products Co., Ltd., Yiwu Galore Accessories Co., Ltd., Yiwu Jianyu ECommerce Firm, Yiwu Jinbiao Textile

WHEREAS, on July 18, 2022, Judge Cave issued a Report and Recommendation (the "Report") recommending that Plaintiff be awarded damages in the amount of $50,000 against each of the following fifty-one (51) Defaulting Defendants: (1) Baoding Mi Xiaomei Trading Co., Ltd., (2) Dongguan Gaodenbao Toys Co., Ltd., (3) Dongguan Joy Sum Toys Manufacturing Co., Ltd., (4) Dongguan Mito Technology Co., Ltd., (5) Dongguan Nansen Plush Toys Co., Ltd., (6) Dongguan Qingyu Electronic Technology Co., Ltd., (7) Dongguan Woodfield Baby Products Company Limited, (8) Dongguan Yikang Plush Toys Co., Ltd., (9) Foreigners Store, (10) Foshan Nalu Apparel Co., Ltd., (11) Guangzhou Epsilon Import And Export Co., Ltd., (12) Guangzhou Happy Island Toys Co., Ltd., (13) Hunan Uyeah International Trade Co., Ltd., (14) Jinhua Hairong Import And Export Co., Ltd., (15) Long Way Wooden Toys & Crafts Co., Ltd., (16) Nanjing Unico International Trade Co., Ltd., (17) Nantong Opera Imp.& Exp. Co., Ltd., (18) Ningbo Yima Import And Export Co., Ltd., (19) Peaceful (guangzhou) Import And Export Co., Ltd., (20) Qingdao Qunze Toys Co., Ltd., (21) Quanzhou Guanghe Mingliang Trading Co., Ltd., (22) Quanzhou Huaerfeiya Electronic Commerce Co., Ltd., (23) Salvatore Store, (24) Shandong Peach Town Toys & Gifts Co., Ltd., (25) Shanghai Kedi Toys Co., Ltd., (26) Shanghai Nova Industrial Co., Ltd., (27) Shenzhen Mina Technology Co., Ltd., (28) Shijiazhuang Qunze Traning Co., Ltd., (29) Suzhou Mygreen Textiles Co., Ltd., (30) The road to happiness Store, (31) Toy Encyclopedia Store, (32) Vanci Store, (33) Yancheng Lanyi International Trading Co., Ltd., (34) YANGZHOU DIXIN TOY Store, (35) Yangzhou Haitong Textile Products Co., Ltd., (36) Yangzhou Hobby Import & Export Co., Ltd., (37) Yangzhou Jijia Toys Co., Ltd., (38) Yangzhou Lerddy Toys & Gifts Co., Ltd., (39) Yangzhou Marisa Toy Gifts Co., Ltd., (40) Yangzhou Rongjiang Liangpin Toy Co., Ltd., (41) Yangzhou Tay Chain Import & Export Co., Ltd, (42) Yangzhou Yijiang iv Product Trading Co., Ltd., (43)

---

Co., Ltd., Yiwu Lenora Trading Co., Ltd., Yiwu Niuluo Trade Firm, Yiwu Quanfa Import & Export Company Limited and Yiwu Yizhou Trading Co., Ltd.

2

Yangzhou Youpu Household Products Co., Ltd., (44) Yangzhou Yurui Household Products Co., Ltd., (45) Yiwu Galore Accessories Co., Ltd., (46) Yiwu Jianyu E-Commerce Firm, (47) Yiwu Jinbiao Textile Co., Ltd., (48) Yiwu Lenora Trading Co., Ltd., (49) Yiwu Niuluo Trade Firm, (50) Yiwu Quanfa Import & Export Company Limited and (51) Yiwu Yizhou Trading Co., Ltd;

WHEREAS, as stated in the Report, the deadline for any objections was fourteen days from service of the Report;

WHEREAS, on August 31, 2022, Plaintiff filed a Certificate of Service stating, "[o]n July 19, 2022, pursuant to the methods of alternative service authorized by the TRO, PI Order and Order to Show Cause, Plaintiff served the Report and Recommendations on each and every Defaulting Defendant" (Dkt. No. 61);

WHEREAS, no objections were timely filed by the Defaulting Defendants who have been served with a copy of the Report;

WHEREAS, in reviewing a Magistrate Judge's report and recommendation, a District Judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). A district judge is required to "determine de novo any part of the magistrate judge's disposition that has been properly objected to" by any party. Fed. R. Civ. P. 72(b); *United States v. Romano*, 794 F.3d 317, 340 (2d Cir. 2015). "To invoke de novo review of the magistrate judge's recommendations, a party's objections must be specific and clearly aimed at particular findings in the magistrate judge's proposal." *McDonaugh v. Astrue*, 672 F. Supp. 2d 542, 547 (S.D.N.Y. 2009) (internal quotation marks omitted). "When a party makes only conclusory or general objections, or simply reiterates his original arguments, the court reviews the report and recommendation strictly for clear error." *Piligian v. Icahn Sch. of Med. at Mount Sinai*, 490 F. Supp. 3d 707, 715 (S.D.N.Y. 2020) (internal quotation marks omitted);

WHEREAS, the Court finds no clear error on the face of the record as to the recommendation of damages.  It is hereby

**ORDERED and ADJUDGED** that the Report is ADOPTED in full.  Plaintiff is awarded damages in the amount of $50,000.00 against each of the following fifty-one (51) Defaulting Defendants: (1) Baoding Mi Xiaomei Trading Co., Ltd., (2) Dongguan Gaodenbao Toys Co., Ltd., (3) Dongguan Joy Sum Toys Manufacturing Co., Ltd., (4) Dongguan Mito Technology Co., Ltd., (5) Dongguan Nansen Plush Toys Co., Ltd., (6) Dongguan Qingyu Electronic Technology Co., Ltd., (7) Dongguan Woodfield Baby Products Company Limited, (8) Dongguan Yikang Plush Toys Co., Ltd., (9) Foreigners Store, (10) Foshan Nalu Apparel Co., Ltd., (11) Guangzhou Epsilon Import And Export Co., Ltd., (12) Guangzhou Happy Island Toys Co., Ltd., (13) Hunan Uyeah International Trade Co., Ltd., (14) Jinhua Hairong Import And Export Co., Ltd., (15) Long Way Wooden Toys & Crafts Co., Ltd., (16) Nanjing Unico International Trade Co., Ltd., (17) Nantong Opera Imp.& Exp. Co., Ltd., (18) Ningbo Yima Import And Export Co., Ltd., (19) Peaceful (guangzhou) Import And Export Co., Ltd., (20) Qingdao Qunze Toys Co., Ltd., (21) Quanzhou Guanghe Mingliang Trading Co., Ltd., (22) Quanzhou Huaerfeiya Electronic Commerce Co., Ltd., (23) Salvatore Store, (24) Shandong Peach Town Toys & Gifts Co., Ltd., (25) Shanghai Kedi Toys Co., Ltd., (26) Shanghai Nova Industrial Co., Ltd., (27) Shenzhen Mina Technology Co., Ltd., (28) Shijiazhuang Qunze Traning Co., Ltd., (29) Suzhou Mygreen Textiles Co., Ltd., (30) The road to happiness Store, (31) Toy Encyclopedia Store, (32) Vanci Store, (33) Yancheng Lanyi International Trading Co., Ltd., (34) YANGZHOU DIXIN TOY Store, (35) Yangzhou Haitong Textile Products Co., Ltd., (36) Yangzhou Hobby Import & Export Co., Ltd., (37) Yangzhou Jijia Toys Co., Ltd., (38) Yangzhou Lerddy Toys & Gifts Co., Ltd., (39) Yangzhou Marisa Toy Gifts Co., Ltd., (40) Yangzhou Rongjiang Liangpin Toy Co., Ltd., (41) Yangzhou Tay Chain Import & Export Co., Ltd, (42) Yangzhou Yijiang iv Product Trading Co., Ltd., (43) Yangzhou Youpu Household Products

4

Co., Ltd., (44) Yangzhou Yurui Household Products Co., Ltd., (45) Yiwu Galore Accessories Co., Ltd., (46) Yiwu Jianyu E-Commerce Firm, (47) Yiwu Jinbiao Textile Co., Ltd., (48) Yiwu Lenora Trading Co., Ltd., (49) Yiwu Niuluo Trade Firm, (50) Yiwu Quanfa Import & Export Company Limited and (51) Yiwu Yizhou Trading Co., Ltd.  It is further

**ORDERED** that Defaulting Defendants shall pay post-judgment interest pursuant to 28 U.S.C. § 1961.

Dated: September 19, 2022
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**