UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KELLY TOYS HOLDINGS, LLC,  :
                           Plaintiff,  :
                                   :   21 Civ. 6029 (LGS)
       -against-  :
                                   :   ORDER
BAODING MI XIAOMEI TRADING CO., LTD.,:
et al.,  :
                     Defendants.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on September 19, 2020, the Court issued an Order adopting the Report and Recommendation in full.

       The Clerk of Court is respectfully directed to enter judgment accordingly and to close the case.

Dated: September 20, 2022
       New York, New York

                                                LORNA G. SCHOFIELD
                                        **UNITED STATES DISTRICT JUDGE**