UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KELLY TOYS HOLDINGS, LLC,

                Plaintiff,           21 **CIVIL** 6029 (LGS)

     -against-             **DEFAULT JUDGMENT**

BAODING MI XIAOMEI TRADING CO.,
LTD., et al.,

               Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 20, 2022, and the Court's Order dated September 19, 2022, the Report and Recommendation is adopted in full. Plaintiff is awarded damages in the amount of $50,000.00 against each of the following fifty-one (51) Defaulting Defendants (1) Baoding Mi Xiaomei Trading Co., Ltd., (2) Dongguan Gaodenbao Toys Co., Ltd., (3) Dongguan Joy Sum Toys Manufacturing Co., Ltd., (4) Dongguan Mito Technology Co., Ltd., (5) Dongguan Nansen Plush Toys Co., Ltd., (6) Dongguan Qingyu Electronic Technology Co., Ltd., (7) Dongguan Woodfield Baby Products Company Limited, (8) Dongguan Yikang Plush Toys Co., Ltd., (9) Foreigners Store, (10) Foshan Nalu Apparel Co., Ltd., (11) Guangzhou Epsilon Import and Export Co., Ltd., (12) Guangzhou Happy Island Toys Co., Ltd., (13) Hunan Uyeah International Trade Co., Ltd., (14) Jinhua Hairong Import and Export Co., Ltd., (15) Long Way Wooden Toys & Crafts Co., Ltd., (16) Nanjing Unico International Trade Co., Ltd., (17) Nantong Opera Imp. & Exp. Co., Ltd., (18) Ningbo Yima Import and Export Co., Ltd., (19) Peaceful (guangzhou) Import and Export Co., Ltd., (20) Qingdao Qunze Toys Co., Ltd., (21) Quanzhou Guanghe Mingliang Trading Co., Ltd., (22) Quanzhou Huaerfeiya Electronic Commerce Co., Ltd., (23) Salvatore Store, (24) Shandong Peach Town Toys & Gifts Co., Ltd., (25) Shanghai Kedi Toys Co., Ltd., (26) Shanghai Nova Industrial Co.,

Ltd., (27) Shenzhen Mina Technology Co., Ltd., (28) Shijiazhuang Qunze Traning Co., Ltd., (29) Suzhou Mygreen Textiles Co., Ltd., (30) The road to happiness Store, (31) Toy Encyclopedia Store, (32) Vanci Store, (33) Yancheng Lanyi International Trading Co., Ltd., (34) YANGZHOU DIXIN TOY Store, (35) Yangzhou Haitong Textile Products Co., Ltd., (36) Yangzhou Hobby Import & Export Co., Ltd., (37) Yangzhou Jijia Toys Co., Ltd., (38) Yangzhou Lerddy Toys & Gifts Co., Ltd., (39) Yangzhou Marisa Toy Gifts Co., Ltd., (40) Yangzhou Rongjiang Liangpin Toy Co., Ltd., (41) Yangzhou Tay Chain Import & Export Co., Ltd, (42) Yangzhou Yijiang iv Product Trading Co., Ltd., (43) Yangzhou Youpu Household Products Co., Ltd., (44) Yangzhou Yurui Household Products Co., Ltd., (45) Yiwu Galore Accessories Co., Ltd., (46) Yiwu Jianyu E-Commerce Firm, (47) Yiwu Jinbiao Textile Co., Ltd., (48) Yiwu Lenora Trading Co., Ltd., (49) Yiwu Niuluo Trade Firm, (50) Yiwu Quanfa Import & Export Company Limited and (51) Yiwu Yizhou Trading Co., Ltd. Defaulting Defendants shall pay post-judgment interest pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:**  New York, New York
September 20, 2022

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:**  *K. Mango*

**Deputy Clerk**